

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00797-CV

**IN THE INTEREST OF A.C.N.** and S.B.N., Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02274
Honorable Solomon Casseb, III, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is granted and this appeal is DISMISSED.

We order all costs of appeal, if any, assessed against appellant.

SIGNED December 18, 2013.

_____
Marialyn Barnard, Justice